In the Matter of Adam Goettel, Respondent, against Peter G. Ten Eyck, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Argued January 6, 1937; decided January 26, 1937.

*Milo R. Kniffen* for appellant.

*Daniel F. Mathews* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.